```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD ROBINSON,

               Plaintiff,

      -v-

MCKESSON CORPORATION,

              Defendant.

**ORDER**

24-CV-1761 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated April 11, 2025, this case was referred to me for settlement. ECF No. 24.

A conference is scheduled on **April 24, 2025,** at **4:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 283 962 197#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 14, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1